HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
DOROTEO GONZALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00081 DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO ADVANCE SENTENCING; ORDER THEREON |
| v. | |
| DOROTEO GONZALES, | Date: October 4, 2021 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by the parties, through their respective counsel, Katherine E. Schuh, Assistant United States Attorney, counsel for plaintiff, and Eric V. Kersten, Assistant Federal Defender, counsel for defendant Doroteo Gonzales, that the sentencing hearing scheduled for October 25, 2021, may be advanced to October 4, 2021

Pursuant to their plea agreement, the government and Mr. Gonzales are both recommending a sentence at the low end of the applicable guideline range. The Presentence Investigation Report (PST) prepared by the United States Probation Office also recommends a sentence at the low end of the range. The final PSR has been filed, and neither party has any objection. Since there will be no disputed issues at sentencing it is requested that sentencing be

///

///

///

advanced in an attempt to minimize the amount of Mr. Gonzales will spend in the Fresno County Jail prior to being transferred to a different facility.

                                                  PHILLIP A. TALBERT
                                                  Acting United States Attorney

DATED: September 22, 2021        By  */s/ Katherine E. Schuh*
                                                          KATHERINE E. SCHUH
                                                           Assistant United States Attorney
                                                           Attorney for Plaintiff


                                                  HEATHER E. WILLIAMS
                                                  Federal Defender

DATED: September 22, 2021        By  */s/ Eric V. Kersten*
                                                           ERIC V. KERSTEN
                                                          Assistant Federal Defender
                                                          Attorney for Defendant
                                                          DOROTEO GONZALES

## O R D E R

IT IS SO ORDERED.

Dated: **September 23, 2021**                 /s/ Dale A. Drozd
                                                             UNITED STATES DISTRICT JUDGE